# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| GREGORY ALLEN DAVENPORT, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:17-cv-92 |
| | * | |
| v. | * | |
| | * | |
| WARDEN HILTON HALL; DEWAYNE | * | |
| H.GILLIS; and CHRISTOPHER M. CARR, | * | |
| | * | |
| Defendants. | * | |

## ORDER

Presently before the Court is the Magistrate Judge's August 8, 2017, Report and Recommendation, dkt. no. 4, to which Plaintiff Gregory Allen Davenport ("Davenport") has filed an Objection, dkt. no. 5. Though difficult to decipher, Davenport's Objection appears to reiterate the claims presented in his Complaint. The Magistrate Judge correctly assessed those claims in the Report and Recommendation. Accordingly, after an independent and *de novo* review of the entire record, the Court **CONCURS** with the Magistrate Judge, **ADOPTS** the Report and Recommendation as the opinion of the Court, and **OVERRULES** Davenport's Objection. Consequently, the Court **DISMISSES**

AO 72A
(Rev. 8/82)

Davenport's Complaint, filed pursuant to 42 U.S.C. § 1983. Additionally, the Court **DENIES** Davenport leave to appeal *in forma pauperis*. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 25 day of August, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)