# United States District Court
## Southern District of Georgia

GREGORY ALLEN DAVENPORT,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:17-cv-92

WARDEN HILTON HALL; DEWAYNE H. GILLIS;
and CHRISTOPHER M. CARR,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 28th day of August 2017, adopting the Report and Recommendation of the Magistrate Judge, judgment is hereby entered dismissing Plaintiff's Complaint. This case stands closed.

Approved by: _____
Hon. Lisa Godbey Wood, Judge
United States District Court
Southern District of Georgia

Date: August 31, 2017

Scott L. Poff
Clerk

s/Candy Asbell
(By) Deputy Clerk

